IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ZURICH AMERICAN INSURANCE COMPANY

    Plaintiff,

vs.                               CASE NO. 5:10cv22/RS-MD

GULLEY'S WELDING & STEEL ERECTORS,
INC. and ANNETTE GULLEY,

    Defendants.
_____/

## ORDER

Before me is the Rule 26(f) Report And Proposed Discovery Plan (Doc. 22).

**IT IS ORDERED** that counsel shall file an amended Rule 26(f) report not later than June 1, 2010, with deadlines consistent with a discovery deadline of October 18, 2010, and jury trial on January 10 or January 24, 2011.

**ORDERED** on May 18, 2010.

                          /S/ Richard Smoak
                        **RICHARD SMOAK**
                        **UNITED STATES DISTRICT JUDGE**